thereof to the sum of $122, with interest at 6 per cent. per annum from judicial demand. Costs of appeal to be paid by appellee; all other costs to be paid by appellant.

Judgment amended.

## Ida WELLS, Plaintiff and Appellee, v. DOUGLASS LIFE INSURANCE COMPANY, Defendant and Appellant.*

No. 14733.

Court of Appeal of Louisiana. Orleans.

June 28, 1934.

Solomon S. Goldman, of New Orleans, for appellant.

Cameron C. McCann, of New Orleans, for appellee.

JANVIER, Judge.

The question involved here is identical with that discussed by us in the matter entitled Succession of Frank Watson v. Metropolitan Life Insurance Company, 156 So. 29, decided by us this day, except that in this case it is admitted that the paid-up value of the policy was tendered to plaintiff.

For the reasons given by us in that case, it is ordered, adjudged, and decreed that the judgment appealed from be and it is amended by reducing the amount thereof to $17.01, with interest at 6 per cent.

All costs to be paid by plaintiff.

Judgment amended.

## Olivia CRYER, Plaintiff and Appellee, v. NATIONAL LIFE & ACCIDENT INSURANCE COMPANY, Inc., Defendant and Appellant. †

No. 14778.

Court of Appeal of Louisiana. Orleans.

June 28, 1934.

Porteous, Johnson & Humphrey and F. Carter Johnson, Jr., all of New Orleans, for appellant.

J. I. McCain and Herman L. Midlo, both of New Orleans, for appellee.

JANVIER, Judge.

This case cannot be distinguished in legal principle from the case of Succession of Frank Watson v. Metropolitan Life Insurance Company, 156 So. 29, decided by us this day.

For the reasons therein given,

It is ordered, adjudged, and decreed that the judgment appealed from be and it is amended by reducing the amount thereof to $32.40, with interest at 6 per cent., from judicial demand and for all costs.

Judgment amended.

## Erline WILLIAMS, Plaintiff and Appellee, v. NATIONAL LIFE & ACCIDENT INSURANCE COMPANY., Inc., Defendant and Appellant. †

No. 14779.

Court of Appeal of Louisiana. Orleans.

June 28, 1934.

Porteous, Johnson & Humphrey and F. Carter Johnson, Jr., all of New Orleans, for appellant.

J. I. McCain and Herman L. Midlo, both of New Orleans, for appellee.

JANVIER, Judge.

The question involved here is identical with that discussed by us in the matter entitled Succession of Frank Watson v. Metropolitan Life Insurance Company, 156 So. 29, decided by us this day, except that in this case it is admitted that the paid-up value of the policy was tendered to plaintiff.

For the reasons given by us in that case, it is ordered, adjudged, and decreed that the judgment appealed from be and it is amended by reducing the amount thereof to $16.10, with interest at 6 per cent.

All costs to be paid by plaintiff.

Judgment amended.

*Rehearing denied 156 So. 591.    † Rehearing denied Oct. 1, 1934. Writ of certiorari granted Nov. 26, 1934.